OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**08 CIV 3721**

PROSPECT CAPITAL CORPORATION,
PROSPECT CAPITAL MANAGEMENT LLC,
JOHN F. BARRY, M. GRIER ELIASEK,
WALTER PARKER and BART DE BIE,

           Petitioners,

08 Civ. _____

    - against -

**PETITIONERS'**
**FEDERAL RULE 7.1**
**CERTIFICATION**

MICHAEL ENMON,

           Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[RECEIVED APR 18 2008 U.S.D.C. S.D.N.Y. CASHIERS stamp]

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioners Prospect Capital Corporation and Prospect Capital Management LLC state that no publicly held corporation owns 10% or more of their stock, nor do they have any parent corporations.

Date: April 18, 2008
      New York, New York

                      SKADDEN, ARPS, SLATE
                        MEAGHER & FLOM LLP

                      _____
                      Jonathan J. Lerner
                      Jonathan.Lerner@skadden.com
                      Maura Barry Grinalds
                      MauraBarry.Grinalds@skadden.com
                      Timothy G. Nelson
                      Timothy.G.Nelson@skadden.com
                      SKADDEN, ARPS, SLATE,
                        MEAGHER & FLOM LLP
                      Four Times Square
                      New York, New York 10036-6522
                      (212) 735-3000

                      Attorneys for Petitioners