**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROSPECT CAPITAL CORPORATION,    :
PROSPECT CAPITAL MANAGEMENT LLC,  :
JOHN F. BARRY, M. GRIER ELIASEK,   U8 :
WALTER PARKER and BART DE BIE,          :

                        Petitioners,    :

                                :
         - against -             :
                                :

MICHAEL ENMON,                :

                           :
                    Respondent.   :
                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**08 CIV. 37211**

**NOTICE OF PETITION TO
CONFIRM AN ARBITRATION
AWARD**

      PLEASE TAKE NOTICE that upon the annexed Petition to Confirm an

Arbitration Award and the exhibits annexed thereto, Petitioners will petition this Court, at the

United States Courthouse, 500 Pearl Street, in the City, County and State of New York, before a

judge of the United States District Court for the Southern District of New York, U.S. Court

House, 500 Pearl Street, New York, New York, at a time and date to be determined by the Court,

for an order, pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9 and/or N.Y.

C.P.L.R. § 7510 and Rule 65 of the Federal Rules of Civil Procedure, (1) confirming a Partial,

Final Arbitration Award dated April 14, 2008 (the "Award"), rendered by John H. Wilkinson,

Esq. (the "Arbitrator") under the auspices of the American Arbitration Association and entering

judgment thereon; and (2) any other relief that this Court deems necessary and proper in the

interests of justice.


Dated: New York, New York
      April 18, 2008

                              SKADDEN, ARPS, SLATE
                                MEAGHER & FLOM LLP

                              Jonathan J. Lerner
                              Jonathan.Lerner@skadden.com
                              Maura Barry Grinalds
                              MauraBarry.Grinalds@skadden.com
                              Timothy G. Nelson
                              Timothy.G.Nelson@skadden.com
                              SKADDEN, ARPS, SLATE,
                                MEAGHER & FLOM LLP
                              Four Times Square
                              New York, New York 10036-6522
                              (212) 735-3000

                              Attorneys for Petitioners