**ORIGINAL**

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------x
PROSPECT CAPITAL CORPORATION,         :
PROSPECT CAPITAL MANAGEMENT LLC,      :
JOHN F. BARRY, M. GRIER ELIASEK,      :   08 CIV. 37211
WALTER PARKER and BART DE BIE,        :
                                      :
                    Petitioners,      :
                                      :   **NOTICE OF PETITION TO**
        - against -                   :   **CONFIRM AN ARBITRATION**
                                      :   **AWARD**
MICHAEL ENMON,                        :
                                      :
                    Respondent.       :
                                      :
------------------------------------x

PLEASE TAKE NOTICE that upon the annexed Petition to Confirm an Arbitration Award and the exhibits annexed thereto, Petitioners will petition this Court, at the United States Courthouse, 500 Pearl Street, in the City, County and State of New York, before a judge of the United States District Court for the Southern District of New York, U.S. Court House, 500 Pearl Street, New York, New York, at a time and date to be determined by the Court, for an order, pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9 and/or N.Y. C.P.L.R. § 7510 and Rule 65 of the Federal Rules of Civil Procedure, (1) confirming a Partial, Final Arbitration Award dated April 14, 2008 (the "Award"), rendered by John H. Wilkinson, Esq. (the "Arbitrator") under the auspices of the American Arbitration Association and entering

judgment thereon; and (2) any other relief that this Court deems necessary and proper in the interests of justice.

Dated: New York, New York
       April 18, 2008

                        SKADDEN, ARPS, SLATE
                         MEAGHER & FLOM LLP

                        Jonathan J. Lerner
                        Jonathan.Lerner@skadden.com
                        Maura Barry Grinalds
                        MauraBarry.Grinalds@skadden.com
                        Timothy G. Nelson
                        Timothy.G.Nelson@skadden.com
                        SKADDEN, ARPS, SLATE,
                          MEAGHER & FLOM LLP
                        Four Times Square
                        New York, New York 10036-6522
                        (212) 735-3000

                        **Attorneys for Petitioners**