Jason A. Itkin*
Kurt B. Arnold*
Caj D. Boatright*
ARNOLD & ITKIN LLP
1401 McKinney St., Suite 2550
Houston, TX  77010
(713) 222-3800
*application for admission pro hac vice to be filed

and

Andrew V. Buchsbaum, Esq.
FRIEDMAN, JAMES & BUCHSBAUM LLP
132 Nassau Street, Suite 900
New York, NY  10038
(212) 233-9385
Local Counsel Only

Attorneys for Respondent

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
PROSPECT ENERGY CORPORATION,            :
PROSPECT CAPITAL MANAGEMENT
LLC, JOHN F. BARRY, M. GRIER            :
ELIASEK, WALTER PARKER and
BART DE BIE,                            :
                                                    08-CIV-3721-CM
            Petitioners,                :
                                                    **AFFIDAVIT OF JASON A. ITKIN**
      -against-                         :

MICHAEL ENMON,                          :

            Respondent.                 :

## Affidavit of Jason A. Itkin

THE STATE OF TEXAS          §
                            §
COUNTY OF HARRIS            §

   1.   My name is Jason A. Itkin.  I am over 21 years of age and am competent to make this affidavit.  I have never been convicted of a felony or crime of moral

turpitude. I have personal knowledge of the facts stated herein and they are true and correct.

    2.    I have reviewed Michael Enmon's Objection to Prospect's Petition to Confirm Arbitration, Response to Prospect's Memorandum of Law in Support of Petition to Confirm, and Motion to Stay Confirmation Proceedings Until Arbitration Is Completed. The statements, allegations, and documents attached to the brief are true and correct.

FURTHER, AFFIANT SAITH NOT.

_____
Jason A. Itkin

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, by Jason A. Itkin on this 12th day of May, 2008, to certify which witness my official hand and seal of office.

_____
Notary Public in and for the State of Texas

My Commission Expires: 2/24/11



SUSAN E. SERRY
Notary Public, State of Texas
My Commission Expires
February 24, 2011

2