

Jason A. Itkin*
Kurt B. Arnold*
Caj D. Boatright*
ARNOLD & ITKIN LLP
1401 McKinney St., Suite 2550
Houston, TX  77010
(713) 222-3800
*application for admission pro hac vice to be filed

and

Andrew V. Buchsbaum, Esq. (AB-6475)
FRIEDMAN, JAMES & BUCHSBAUM LLP
132 Nassau Street, Suite 900
New York, NY  10038
(212) 233-9385
Local Counsel Only

Attorneys for Respondent

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| PROSPECT CAPITAL CORPORATION, PROSPECT CAPITAL MANAGEMENT LLC, JOHN F. BARRY, M. GRIER ELIASEK, WALTER PARKER and BART DE BIE, | : : : : | |
| Petitioners, | : | **MOTION TO ADMIT COUNSEL PRO HAC VICE--** |
| -against- | : | **Kurt B. Arnold** |
| MICHAEL ENMON, | : | |
| Respondent. | : | |

08-CIV-3721-CM

-----------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the

Southern District of New York, I, Andrew V. Buchsbaum, a member of good standing of the bar of

this Court, hereby move for an Order allowing the admission pro hac vice of:

|  |  |
|---|---|
| Applicant's Name: | Kurt B. Arnold |
| Firm Name: | Arnold & Itkin, LLP |
| Address: | 1401 McKinney, Suite 2550 |
| City/State/Zip: | Houston, Texas 77010 |
| Phone Number: | 713-222-3800 |
| Fax Number: | 713-222-3850 |

KURT B. ARNOLD is a member in good standing of the Bar of the State(s) of Texas. There are no pending disciplinary proceedings against KURT B. ARNOLD in any State or Federal court.

Dated:   New York, New York
         May 22, 2008

                                    FRIEDMAN, JAMES & BUCHSBAUM LLP
                                    Local Counsel for Respondent

                                    _____
                                    Andrew V. Buchsbaum (AB-6475)
                                    132 Nassau Street, Suite 900
                                    New York, NY 10038
                                    (212) 233-9385
                                    (abuchsbaum@friedmanjames.com)

TO:   Jonathan J. Lerner
      Maura Barry Grinalds
      Timothy G. Nelson
      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
      Four Times Square
      New York, NY 10036-6522
      (212) 735-3000
      Attorneys for Petitioners

Jason A. Itkin*
Kurt B. Arnold*
Caj D. Boatright*
ARNOLD & ITKIN LLP
1401 McKinney St., Suite 2550
Houston, TX 77010
(713) 222-3800
*application for admission pro hac vice to be filed

and

Andrew V. Buchsbaum, Esq. (AB-6475)
FRIEDMAN, JAMES & BUCHSBAUM LLP
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
Local Counsel Only

Attorneys for Respondent

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| PROSPECT CAPITAL CORPORATION, PROSPECT CAPITAL MANAGEMENT LLC, JOHN F. BARRY, M. GRIER ELIASEK, WALTER PARKER and BART DE BIE, | : : : : | 08-CIV-3721-CM |
| Petitioners, | : | **DECLARATION OF ANDREW V. BUCHSBAUM IN SUPPORT OF** |
| -against- | : | **MOTION TO ADMIT COUNSEL PRO HAC VICE–Kurt B. Arnold** |
| MICHAEL ENMON, | : | |
| Respondent. | : | |

-----------------------------------------------------------x

State of New York      )
                       ) ss:
County of New York    )

Andrew V. Buchsbaum hereby declares as follows pursuant to 28 U.S.C. § 1746:

1. I am local counsel for Respondent in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Respondent's motion to admit Kurt B. Arnold as counsel pro hac vice to represent Respondent in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on January 28, 1986. I am also admitted to the bar of the United Sates District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kurt B. Arnold since 2007.

4. Mr. Arnold is an partner with Arnold & Itkin LLP in Houston, Texas.

5. I have found Kurt B. Arnold to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Kurt B. Arnold, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Kurt Arnold, pro hac vice, to represent Respondent in the above captioned matter, be granted.

**WHEREFORE**, it is respectfully requested that the motion to admit KURT B. ARNOLD, *pro hac vice*, to represent Respondent in the above-captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2008

_____
Andrew V. Buchsbaum (AB-6475)

2

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

May 15, 2008

RE:   **Mr. Kurt Brynilde Arnold**
      State Bar Number - **24036150**

To Whom it May Concern:

This is to certify that Mr. Kurt Brynilde Arnold was licensed to practice law in Texas on November 06, 2002 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

Jason A. Itkin*
Kurt B. Arnold*
Caj D. Boatright*
ARNOLD & ITKIN LLP
1401 McKinney St., Suite 2550
Houston, TX 77010
(713) 222-3800
*application for admission pro hac vice to be filed

and

Andrew V. Buchsbaum, Esq. (AB-6475)
FRIEDMAN, JAMES & BUCHSBAUM LLP
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
Local Counsel Only

Attorneys for Respondent

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| PROSPECT CAPITAL CORPORATION, PROSPECT CAPITAL MANAGEMENT LLC, JOHN F. BARRY, M. GRIER ELIASEK, WALTER PARKER and BART DE BIE, | : : : : : | 08-CIV-3721-CM |
| Petitioners, | : | **ORDER FOR ADMISSION PRO HAC VICE** |
| -against- | : | **ON WRITTEN MOTION--** |
| MICHAEL ENMON, | : | **Kurt B. Arnold** |
| Respondent. | : | |

-----------------------------------------------------------x

Upon the motion of Andrew V. Buchsbaum, attorney for Respondent and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

|  |  |
|---|---|
| Applicant's Name: | Kurt B. Arnold |
| Firm Name: | Arnold & Itkin, LLP |
| Address: | 1401 McKinney, Suite 2550 |
| City/State/Zip: | Houston, Texas 77010 |
| Phone Number: | 713-222-3800 |
| Fax Number: | 713-222-3850 |

is admitted to practice pro hac vice as counsel for Respondent, Michael Enmon in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, NY
_____, 2008

_____
United States District/Magistrate Judge

## Certificate of Service

I certify that a copy of the this instrument was served by First Class Mail on May 22, 2008, upon the following counsel of record:

Jonathan L. Lerner
Maura Barry Grinalds
Timothy G. Nelson
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036-6522


Dated: May 22, 2008

_____
Andrew V. Buchsbaum

| ORIGINAL-WHITE | DUPLICATE-YELLOW | TRIPLICATE-PINK |
|---|---|---|

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**SOUTHERN DISTRICT OF NEW YORK**

E 652136

RECEIVED FROM *Arnold & Itkin / 08cv3721 / 90cr72390 / Jason A. Itkin / Kurt B. Arnold / Micajah D. Boatwright — Pro Hac x3*

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

INVOICE #94870
DATE\TIME: 5/22/2008  11:31:47 AM
CASHIER: LATECIA
STATION: 01

3   PRO HAC          $75.00
    6855XX   $25.

TOTAL           $75.00

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK: *D.C.*

| DATE: | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 20 | | | | |