Jason A. Itkin*
Kurt B. Arnold*
Caj D. Boatright*
ARNOLD & ITKIN LLP
1401 McKinney St., Suite 2550
Houston, TX   77010
(713) 222-3800
*application for admission pro hac vice to be filed



and

Andrew V. Buchsbaum, Esq. (AB-6475)
FRIEDMAN, JAMES & BUCHSBAUM LLP
132 Nassau Street, Suite 900
New York, NY   10038
(212) 233-9385
Local Counsel Only

Attorneys for Respondent

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
PROSPECT CAPITAL CORPORATION,         :
PROSPECT CAPITAL MANAGEMENT
LLC, JOHN F. BARRY, M. GRIER          :    08-CIV-3721-CM
ELIASEK, WALTER PARKER and
BART DE BIE,                          :

       Petitioners,              :    **ORDER FOR ADMISSION**
                                        **PRO HAC VICE**
   -against-                         :    **ON WRITTEN MOTION--**
                                        **Jason A. Itkin**

MICHAEL ENMON,                        :

       Respondent.              :
-----------------------------------------------------------x

      Upon the motion of Andrew V. Buchsbaum, attorney for Respondent and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

|  |  |
|---|---|
| Applicant's Name: | Jason A. Itkin |
| Firm Name: | Arnold & Itkin, LLP |
| Address: | 1401 McKinney, Suite 2550 |
| City/State/Zip: | Houston, Texas 77010 |
| Phone Number: | 713-222-3800 |
| Fax Number: | 713-222-3850 |

is admitted to practice pro hac vice as counsel for Respondent, Michael Enmon in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, NY
       6/2 , 2008

_____
United States District/Magistrate Judge