UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PROSPECT CAPITAL CORPORATION,
PROSPECT CAPITAL MANAGEMENT LLC,
JOHN F. BARRY, M. GRIER ELIASEK,
WALTER PARKER and BART DE BIE,

                Petitioners,

- against -

MICHAEL ENMON,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 CV 03721 (LBS)

(ECF CASE)

Electronically Filed

**NOTICE OF MOTION TO CONFIRM A FINAL ARBITRATION AWARD**

      PLEASE TAKE NOTICE that, pursuant to Sections 6 and 9 of the Federal Arbitration Act, 9 U.S.C. §§ 6 and 9, and/or N.Y. C.P.L.R. § 7510 and Rule 65 of the Federal Rules of Civil Procedure, Petitioners will move this Court, at the United States Courthouse, 500 Pearl Street, in the City, County and State of New York, before a judge of the United States District Court for the Southern District of New York, U.S. Court House, 500 Pearl Street, New York, New York, at a time and date to be determined by the Court, for an order, (1) confirming a Final Arbitration Award dated August 23, 2008 (the "Award"), rendered by John H. Wilkinson, Esq. (the "Arbitrator") under the auspices of the American Arbitration Association and entering

judgment thereon; and (2) any other relief that this Court deems necessary and proper in the interests of justice.

Dated: New York, New York
September 3, 2008

SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP

_____
Jonathan J. Lerner
Jonathan.Lerner@skadden.com
Maura Barry Grinalds
MauraBarry.Grinalds@skadden.com
Timothy G. Nelson
Timothy.G.Nelson@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Attorneys for Petitioners